

Entered on Docket
August 31, 2010

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Bank of America, National Association
10-70439

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-22646-mkn |
|---|---|
| Emilio Staromana and Elizabeth Staromana | Chapter 13 |
| Debtors | |

### ORDER RE: EX-PARTE APPLICATION FOR AN ORDER PURSUANT TO 362(c)(3)(A)

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings has expired for all purposes as to Secured Creditor Bank of America, National Association, its assignees and/or successors in interest, of the subject property.

generally described as 7173 Crandon Park Avenue, Las Vegas, NV 89131, and legally described as follows:

>Parcel I:
>Lot Six Hundred Fifty-Seven (657) in Block Four (4) of Silverstone Ranch-Parcel 8, Phase 1, as shown by map thereof on file in Book 113 of Plats, Page 84, In The Office of the County Recorder of Clark County, Nevada.

>Parcel II:
>A non-exclusive easement for ingress, egress, use and enjoyment of, over and upon those Private Streets and Common Lots as set forth on the map referenced to above, and as further set forth in the Declaration of Covenants, conditions and restrictions for Silverstone Ranch recorded June 14, 2002 in Book 20020614 as Instrument No. 02202, and thereafter amended by Amendment recorded on December 27, 2002 in Book 20021227 as Instrument No. 00427 of Official Records.

IT IS SO ORDERED.

Dated this _____ day of _____ 2010.

Submitted by:

**WILDE & ASSOCIATES**

By:  /s/Gregory L. Wilde, Esq.
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor