

**Entered on Docket**
**September 07, 2010**

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

1  Elizabeth Staromana
   7173 Crandon Park
2  Las Vegas, NV 81931
3  Tel: (707) 272 9641

4  Debtor In Pro Se

7           UNITED STATES BANKRUPTCY COURT

8           NEVADA (LAS VEGAS) DISTRICT OF NEVADA

10                                      )   Case No  10-22646-bam
                                        )
11                                      )
     In re                              )   Chapter 13
12                                      )
                                        )   **ORDER**
13   ELIZABETH STAROMANA                )
14                                      )
        Debtor                          )
15                                      )
                                        )
16                                      )
                                        )
17                                      )
18   _____)

19      The court received the Motion for Extension of Time to File the Remainder of Required
20  Documents as Listed on Form B200.
21      Upon review of said Motion, this Court grants ELIZABETH STAROMANA the requested
22  extension, lasting until the 10th of August, 2010.
23      IT IS SO ORDERED.

26                                              _____
                                                Bankruptcy Court Judge
27

1